# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **ROSA IBARRA-CERVANTES** | ) | Case No.   4:20-MJ-1184-RN |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2016 _____ in the county of _____ Greene _____ in the _____ Eastern _____ District of _____ North Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1542 | False Statement in Application for Passport |
| 18 U.S.C. § 1546(a) | Fraud and Misuse of Visas, Permits, and Other Documents |
| 18 U.S.C. § 1028(a) | Fraud in Connection with Identification Documents |

This criminal complaint is based on these facts:

please see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew B. Manning, Special Agent, DSS
*Printed name and title*

On this day, Matthew B. Manning appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date:  August 25, 2020

_____
*Judge's signature*

Robert T. Numbers, II, U.S. Magistrate Judge
*Printed name and title*

City and state:    Raleigh, North Carolina

GD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

## AFFIDAVIT

I, Matthew B. Manning, your Affiant (hereinafter "your affiant), being duly sworn do hereby affirm and state the following.

1. I am employed as a Special Agent of the United States Department of State, Diplomatic Security Service (DSS). I am presently assigned to the Greensboro Field Office in Greensboro, North Carolina, and have been employed by the DSS for ten years. My duties include investigating passport, visa, and identification fraud. As a law enforcement officer, I have the authority to execute warrants issued under the authority of the United States. I received seven months of formal training in criminal investigations from the Federal Law Enforcement Training Center (FLETC) and the Diplomatic Security Training Center in Dunn Loring, Virginia. Prior to my current position, I was a uniformed police officer with the Metropolitan Police Department for the District of Columbia for approximately two years where I investigated violations of District of Columbia law and made arrests.

## BACKGROUND

2. This affidavit is submitted as evidence of probable cause supporting the arrest warrant for Rosa Ibarra-Cervantes (hereinafter IBARRA), also known as B.J.R. (herein after referred to as B.J.R.) for violations of Title 18 U.S.C. § 1542 (false statement in application for passport), 18 U.S.C. 1546 – Fraud and Misuse of Visas,

1

*GD*

Permits, and Other Documents, and 18 U.S.C. 1028(a) – Fraud in connection with identification documents (SPECIFIED FEDERAL OFFENSES) that have been committed by IBARRA. This affidavit does not set forth all known information known to your affiant about this case and is being submitted to provide sufficient information to establish probable cause.

### Passport Application #703 780 076

3.     On September 15, 2015, passport application # 703 780 076, was filed by an individual representing her identity as, B.J.R., at the U.S. Embassy located in Mexico City, Mexico. At the time of submission, a subject identifying herself as B.J.R. stated on the application that she was born on XXXX XX, 1996, in Chicago, Illinois, and was assigned social security number XXX-XX-9583. B.J.R. provided an address in Teloloapan, Mexico.

4.     At the time the application was submitted, B.J.R., provided a Cook County Illinois, Office of the County Clerk, birth certificate, and a Mexican Driver's License in the name of B.J.R., as proof of U.S. citizenship.

5.     Under the section of the passport titled "18. Travel Plans," B.J.R. stated that on September 20, 2015, she was departing Mexico, travelling to North Carolina, and returning on September 20, 2016.

6.     Department of State personnel approved the application and issued the passport to B.J.R. The passport expiration date was December 14, 2015.

### Passport Application #332 562 847

2

*GD*

7. On January 6, 2016, a replacement passport application # 332 562 847, was filed by an individual representing her identity as, B.J.R. at the Charleston Passport Center located in Charleston, South Carolina. At the time of submission, a subject identifying herself as B.J.R. stated on the application that she was born on XXXX XX, 1996, in Chicago, Illinois, and was assigned social security number XXX-XX-9583. B.J.R. provided an address of XXXX Jaycross Road, Fremont, North Carolina 27803.

8. In the application the question "was your most recent U.S. passport limited for one year or less? B.J.R. responded "yes."

9. At the time the application was submitted, B.J.R., provided a Cook County Illinois, Office of the County Clerk, birth certificate, and a North Carolina Identification Card issued on September 30, 2015, as proof of U.S. citizenship.

10. On December 17, 2015, U.S. Department of State sent a letter to B.J.R. at XXXX Jaycross Road, Fremont, NC, regarding passport application #332 562 847, directing her to complete and sign form DS-5504, *Application for a U.S. Passport – Name Change, Data Correction, and Limited Passport book Replacement*. In order for the Department of State to continue processing her initial application.

11. Department of State personnel approved the application and issued the passport to B.J.R. The passport expiration date was January 5, 2026.

3

*GD*

12.	On or about December 20, 2018, a passport fraud referral was generated from the United States Department of State, Fraud Prevention Unit (FPU), to the U.S. Embassy in Mexico City, Mexico.  The basis of the referral was the result of an individual representing her identity as B.J.R. completing an application for an initial United States passport.  Subsequent routine record checks revealed that a current passport under the same identity with a different photograph had already been issued.

13.	On December 20, 2018, U.S. Embassy personnel in Mexico City, conducted an in person interview with B.J.R.  B.J.R. was accompanied by her brother J.R.C. due to the fact that B.J.R. suffers from a disability, and was there to assist her in communicating.  J.R.C. currently resides in the United States and was previously issued a U.S. passport after thorough vetting.

14.	During the interview B.J.R. stated that she was born in Chicago, Illinois, and provided copies of her Illinois birth certificate, indicating that she was born on XXXX XX, 1996, in Cook County Illinois, social security card, number XXX-XX-9583, Mexican Voter Registration card, and family photos in support of her application.

15.	U.S. Embassy personnel showed B.J.R. a photograph of the individual that had previously submitted a passport application in her name and identity. B.J.R. immediately recognized and identified the person in the photograph as her cousin, IBARRA.

4

*GD*

16. B.J.R. stated that she heard rumors that her mother sold her documents to IBBARA and that they had all previously lived together in Guerrero, Mexico. B.J.R. stated that IBARRA has been living in the United States for the past three years. B.J.R.'s brother (J.R.C.) recognized IBARRA as the imposter and corroborated all of the information provided by B.J.R.

17. At the conclusion of the interview, B.J.R.'s husband, who waited outside of the Embassy during the interview, provided Embassy investigators with a phone number (252-371-XXXX) and Facebook for IBARRA and her husband Amadeo Gomez.

18. Record checks based on the information provided by B.J.R.'s husband revealed two (2) current immigrant visa petitions listing IBARRA (in the name of B.J.R.) as the sponsor; one for a spouse (Amadeo Gomez-Roman, born on XXXX XX, 1978, in Teteyo Mexico), and one for a child (K.G.R., born on XXXX XX, 2014, in Teloloapan, Mexico).

### Review of Petition for Alien Relative YSC1790015296

19. Based on record checks conducted through law enforcement databases at the Department of State (DOS), and U.S. Citizenship and Immigration Services (USCIS), a Petition for Alien Relative (Form I-130) was located that had been filed on or about October 3, 2016, by IBARRA, impersonating B.J.R. on behalf of her child K.G.R.

20. Information contained in the I-130 Petition indicated that K.G.R., was

5

*GD*

a citizen and national of Mexico and was born in Teloloapan, Guerrero, Mexico on XXXX XX, 2014, and resided at an address in Guerrero, Mexico.

21. The following supporting documents were submitted with the I-130 petition:

a. U.S. Passport # 536996264 in the name of B.J.R. Issued on January 6, 2016 and expiring on January 5, 2026.

b. North Carolina Identification card issued September 30, 2016, and a N.C. Lerner's Permit issued June 24, 2016, both indicating an address of XXXX Jaycross Road, Fremont, NC.

c. Cook County, Illinois Certification of Birth in the name of B.J.R. born on XXXX XX, 1996.

d. Wilson County, North Carolina Office of Register of Deeds, Application, License and Certificate of Marriage between B.J.R. and Amadeo Gomez-Roman that occurred on June 20, 2016.

e. Mexican Birth Certificate in the name of K.G.R. stating that her mother was B.J.R. and her father is Amadeo Gomez-Roman.

**Review of Petition for Alien Relative YSC1890058545**

22. Based on record checks conducted through law enforcement databases at the DOS, and USCIS, a Petition for Alien Relative (Form I-130) was located that had been filed on or about November 27, 2017, by IBARRA impersonating B.J.R. on

6

*GD*

behalf of her spouse Amadeo Gomez-Roman.

23. Information contained in the I-130 Petition indicated that Gomez, was a citizen and national of Mexico and was born in Teloloapan, Guerrero, Mexico on XXXX XX, 1978, and resided at XXXX Jaycross Road, Fremont, NC.

24. The following supporting documents were submitted with the I-130 petition:

a. U.S. Passport # 536996264 in the name of B.J.R. Issued on January 6, 2016 and expiring on January 5, 2026.

b. Cook County, Illinois Certification of Birth in the name of B.J.R. born on XXXX XX, 1996.

c. Wilson County, North Carolina Office of Register of Deeds, Application, License and Certificate of Marriage between B.J.R. and Amadeo Gomez-Roman that occurred on June 20, 2016.

25. On August 3, 2020, a law-enforcement query was conducted via consolidated public information databases on social security number XXX-XX-9583 (SSN provided by B.J.R. in passport application # 332 562 847, and I-130 Petitions). Results of the query indicated that as recently as May 30, 2020, this social security number is attached to B.R.

26. Additionally, SSN XXX-XX-9583, was also previously attached to XXXX Jaycross Road, Fremont, NC.

7

*GD*

27. On August 6, 2020, your affiant reviewed records from the North Carolina, Department of Employment Security relative to a query of Social Security Account Number XXX-XX-9583, records reflect that employer G.A.B. Labor Solutions LLC, has paid wages into the account of XXX-XX-9583 for the first quarter of 2020. The wages are attached to an individual named "Rami."[1]

28. Record checks through the North Carolina Division of Motor Vehicles reveals that IBARRA assuming the identity of B.J.R. currently has an active North Carolina Driver's License issued on July 3, 2018[2].

[remainder of page intentionally left blank]

---

[1] The Employment Security Commission web site truncates names to the first four characters.

[2] The photograph maintained by the NCDMV, is the same person whose photograph was placed on the passport applications and was identified by B.J.R. as IBARRA.

8

*GD*

## CONCLUSION

29. Based on the above information, your Affiant respectfully submits that there is probable cause to believe that Rosa Ibarra-Cervantes has committed the SPECIFIED FEDERAL OFFENSES within the Eastern District of North Carolina and therefore requests a warrant for her arrest.

Matthew B. Manning
Special Agent
Diplomatic Security Service

On this __25th__ day of August, 2020, Special Agent Matthew B. Manning, appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit

ROBERT T. NUMBERS, II.
United States Magistrate Judge

9

GD