

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-84-1FL (3)

UNITED STATES OF AMERICA    )
                            )
v.                          )       **I N D I C T M E N T**
                            )
ROSA IBARRA-CERVANTES       )

The Grand Jury charges:

## COUNT ONE

On or about September 15, 2015, in Eastern District of North Carolina, the defendant, ROSA IBARRA-CERVANTES, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated she was an individual having initials B.J.R., and that she had never used a different name, which statement she knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO

On or about September 30, 2015, in the Eastern District of North Carolina, the defendant, ROSA IBARRA-CERVANTES did knowingly make a false statement and

1

claim that she was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

## COUNT THREE

On or about January 6, 2016, in Eastern District of North Carolina, the defendant, ROSA IBARRA-CERVANTES, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated she was an individual having initials B.J.R., and that she had never used a different name, which statement she knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT FOUR

On or about January 6, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, did falsely and willfully represent herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

## COUNT FIVE

On or about January 6, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, did knowingly, and without lawful authority, use and possess the means of identification of another person, to wit: the name and date of birth of a person having initials B.J.R., during and in

2

relation to the commission of a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, in applying for a passport the defendant stated in the passport application that she was an individual having initials B.J.R., and that she had never used a different name, which statement she knew to be false, in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIX

On or about October 3, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, did knowingly present an application required by the immigration laws of the United States which contained a false statement with respect to a material fact, namely, ROSA IBARRA-CERVANTES falsely stated in a United States Citizenship and Immigration, Petition for Alien Relative (Form I-130) that she was a citizen of the United States for the purpose of petitioning for her child (K.G.R.), when in fact, as IBARRA-CERVANTES then knew, she was not a citizen of the United States, for the purpose of evading a provision of the immigration laws, in violation of Title 18, United States Code, Section 1546(a).

## COUNT SEVEN

On or about October 3, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, an alien, did falsely and willfully represent herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

3

## COUNT EIGHT

On or about November 27, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, did knowingly present an application required by the immigration laws of the United States which contained a false statement with respect to a material fact, namely, ROSA IBARRA-CERVANTES falsely stated in United States Citizenship and Immigration, Petition for Alien Relative (Form I-130) that she was a citizen of the United States for the purpose of petitioning for her spouse (A.G.R.), when in fact, as IBARRA-CERVANTES then knew, she was not a citizen of the United States, for the purpose of evading a provision of the immigration laws, in violation of Title 18, United States Code, Section 1546(a).

## COUNT NINE

On or about November 27, 2017, in the Eastern District of North Carolina and elsewhere, the defendant, ROSA IBARRA-CERVANTES, an alien, did falsely and willfully represent herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

(remainder of page intentionally left blank)

4

## COUNT TEN

On or about October 4, 2019, in the Eastern District of North Carolina, the defendant, ROSA IBARRA-CERVANTES, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, did knowingly and with intent to deceive, falsely represent Social Security account number XXX-XX-9583 to have been assigned by the Commissioner of Social Security to her, when in fact, as the defendant then knew, such number is not the Social Security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

9-22-20
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

5